UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br>        Plaintiff,<br>    v.<br>DAVIS, et al.,<br>        Defendants. | Case No. 20-cv-07032-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 24, 2021

SUSAN ILLSTON
United States District Judge